UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/21/2013

DENNIS SIMON,

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

BROOKLYN NARCOTICS DIVISION
CITY OF NEW YORK
244-245 GLENMORE AVENUE
BROOKLYN, NEW YORK 11207,
P.O. FRIENDLY, P.O. FINNEGAN,
P.O. JOHNSON, SGT. THOMAS,
P.O. NACELEWICZ, P.O. WOODS,
P.O. CHATMAN, P.O. ORTEGA,
P.O. REYNOLDS, P.O. JOHN DOE, #140095

**AMENDED COMPLAINT**
under the Civil Rights Act,
42 U.S.C. § 1983

Jury Trial: ☒ Yes ☐ No
*(check one)*

13 Civ. 6545 ( )

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

NOV 21 2013
PRO SE

**I. Parties in this complaint:**

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff's   Name __DENNIS SIMON__
              ID# __13R0259__
              Current Institution __CAPE VINCENT CORRECTIONAL FACILITY__
              Address __36560 STATE ROUTE 12E, P.O. BOX #739__
                      __CAPE VINCENT, NEW YORK, 13618-0739__

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name __P.O. FINNEGAN__ Shield # _____
                  Where Currently Employed __BROOKLYN NARCOTICS DIVISION__
                  Address __244-245 GLENMORE AVENUE__
                          __BROOKLYN, NEW YORK, 11207__

*Rev. 01/2010*                                    1

| | | |
|---|---|---|
| Defendant No. 2 | Name | P.O. FRIENDLY _____ Shield # _____ |
| | Where Currently Employed | BROOKLYN NARCOTICS DIVISION |
| | Address | 244-245 GLENMORE AVENUE |
| | | BROOKLYN, NEW YORK, 11207 |

| | | |
|---|---|---|
| Defendant No. 3 | Name | P.O. JOHNSON _____ Shield # **4104** |
| | Where Currently Employed | BROOKLYN NARCOTICS DIVISION |
| | Address | 244-245 GLENMORE AVENUE |
| | | BROOKLYN, NEW YORK, 11207 |

> Who did what?

| | | |
|---|---|---|
| Defendant No. 4 | Name | SGT. THOMAS _____ Shield # **5203** |
| | Where Currently Employed | BROOKLYN NARCOTICS DIVISION |
| | Address | 244-245 GLENMORE AVENUE |
| | | BROOKLYN, NEW YORK, 11207 |

| | | |
|---|---|---|
| Defendant No. 5 | Name | P.O. NACELEWICZ _____ Shield # **6511** |
| | Where Currently Employed | 244-245 GLENMORE AVENUE |
| | Address | BROOKLYN, NEW YORK, 11207 |

II.   Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   In what institution did the events giving rise to your claim(s) occur?
**Events took place in Plaintiffs place of residence (SEE ORIGINAL CIVIL COMPLAINT)**

B.   Where in the institution did the events giving rise to your claim(s) occur?

C.   What date and approximate time did the events giving rise to your claim(s) occur?

> What happened to you?

D.   Facts: Doctor Carolyn Boltin, MD, concluded that "there is an acute comminuted fracture involving the left orbital floor with approximately 8mm of inferior displacement of the major fracture fragment. The adjacent inferior rectus muscle mildly assymmetrically enlarged suggesting hematoma. There is mucosal thickening and an air-fluid level within the left maxillary sinus. There is a significant amount of subcutaneous and preseptal emphysema asjacent to the left orbit. No other fracture is identified.

Rev. 01/2010                                                    2

_____

_____

_____

_____

_____

_____

_____

_____

_____**(NO OTHER PARTIES WERE INVOLVED IN THE INCIDENT OTHER**
_____**THAN THE PLAINTIFF)**

_____

_____

| Was anyone else involved? |

_____

_____

_____

_____

_____

| Who else saw what happened? |

III.   Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

**Doctor Carolyn Boltin, MD, concluded that: "There is an acute comminuted fracture involving the left orbital floor with approximately 8 mm of inferior displacement of the major fracture fragment. The adjacent inferior rectus muscle appears mildly asymmetrically enlarged suggesting hematoma. Correlate clinically for entrapment. There is mucosal thickening and an air-fluid level within the left maxillary sinus. There is a significant amount of subcutaneous and preseptal emphysema adjacent to the left orbit. No other fracture is identified."**

_____

_____

IV.   Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

   Yes ____   No **X**

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____
_____
_____

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes **X**   No ____   Do Not Know ____

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____   No **x**   Do Not Know ____

If YES, which claim(s)?
_____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ____   No **x**   **(NOT APPLICABLE)**

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____   No **x**   **(NOT APPLICABLE)**

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance?
**(NOT APPLICABLE)**
_____

1. Which claim(s) in this complaint did you grieve?

**(NOT APPLICABLE)**
_____

2. What was the result, if any?

**(NOT APPLICABLE)**
_____

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process.

**(NOT APPLICABLE)**
_____
_____

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

**(NOT APPLICABLE)**
_____

*Rev. 01/2010*                                          4

2. If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any:

**(NOT APPLICABLE)**

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.
GRIEVANCE PROCESS IS NOT APPLICABLE IN THAT THE INCIDENT TOOK PLACE AT PLAINTIFFS PLACE OF RESIDENCE (SEE THE AFOREMENTIONED ORIGINAL CIVIL COMPLAINT IN ITS ENTIRETY)

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

## V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). **DUE TO THE INJURIES SUSTAINED, ALONG WITH THE CIVIL RIGHTS VIOLATIONS THEREIN PLAINTIFF SEEKS DAMAGES IN THE AMOUNT OF $5,000,000,00 (FIVE MILLION DOLLARS) IN ADDITION TO $2,500,000 (TWO MILLION FIVE HUNDRED THOUSAND DOLLARS) IN PUNITIVE DAMAGES**

_____
_____
_____
_____

**VI.** **Previous lawsuits:**

<div style="float:left">On these claims</div>

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____ No **X**

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff **(None)**
Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____ ~~(Not Applicale)~~

3. Docket or Index number **(Not Applicable)**
4. Name of Judge assigned to your case **(Not Applicable)**
5. Approximate date of filing lawsuit **(Not Applicable)**
6. Is the case still pending? Yes ____ No **(Not Applicable; No Previous Case Pending)**

If NO, give the approximate date of disposition **(Not Applicable)**

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) ~~(Not Applicable)~~

<div style="float:left">On other claims</div>

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes ____ No **X**

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff **(Not Applicable)**
Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____
**(Not Applicable)**

3. Docket or Index number **(Not Applicable)**
4. Name of Judge assigned to your case **(Not Applicable)**
5. Approximate date of filing lawsuit **(Not Applicable0**

*Rev. 01/2010*                                           6

6. Is the case still pending? Yes ____ No __x__ **(NO PREVIOUS CASES PENDING/FILED)**
   If NO, give the approximate date of disposition_____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
   _____**(Not Applicable)**_____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___ day of __NOVEMBER__, 20__13__.

               Signature of Plaintiff  _D.S._

               Inmate Number  13R0259

               Institution Address  Cape Vincent Correctional Facility
                                      36560 State Route 12E, P.O. Box #739
                                      ~~Cape Vincent, New York, 13618-0739~~

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this ____ day of __NOVEMBER__, 20__13__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

               Signature of Plaintiff:  _D.S._
                                        DENNIS SIMON
                                        13R0259
                                        CAPE VINCENT CORRECTIONAL FACILITY
                                        36560 STATE ROUTE 12E, P.O. BOX#739
                                        CAPE VINCENT, NEW YORK, 13618-0739

Dennis Simon
13R0657
Cape Vincent Corr
36560 State Route 12E P.O. Box #739
Cape Vincent, N.Y 13618-0739



Cape Vincent
Correctional Facility

$02.92



Clerk
United States District Court
Southern District of New York
U.S Courthouse - 500 Pearl Street
New York, N.Y 10007

USM-P3
SDNY

LEGAL MAIL