UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- x

Dennis Simon,

                                                Plaintiff,

                        -against-

City of New York, P.O. Friendly, P.O. Finnegan, P.O. Johnson, Sgt. Thomas, P.O. Nacelewicz, P.O. Woods, P.O. Chatman, P.O. Ortega, P.O. Reynolds, P.O. John Doe #140095,

                                              Defendants.
---------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

13 Civ. 6545 (CM)

      **WHEREAS**, the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

      1.    The above-referenced action is hereby dismissed with prejudice; and

2.  Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dennis Simon
*Plaintiff* Pro Se
DIN# 13-R-0259, Cape Vincent
Correctional Facility, 36560 State Route
12E, P.O. Box 599
Cape Vincent, NY 13618

By: _____
Dennis Simon
*Plaintiff* Pro Se

Dated: New York, New York
August 1, 2014

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants City, Wood, Chatman, and Johnson*
100 Church Street, Rm. 3-176
New York, New York 10007

By: _____
Matthew Bridge
*Assistant Corporation Counsel*

SO ORDERED:

_____
HON. COLLEEN MCMAHON
UNITED STATES DISTRICT JUDGE

9/2/2014

2